838545.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN CLARK, | ) |
| | ) |
| Plaintiff | ) No. 2:10-CV-00294 |
| | ) |
| v. | ) |
| | ) Gary L. Lancaster, District Judge |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Defendant/Third Party Plaintiff | ) **JURY TRIAL DEMANDED** |
| | ) |
| v. | ) |
| | ) |
| MELVIN E. CLARK, SR., | ) |
| | ) |
| Third Party Defendant | ) |

## ORDER OF COURT

AND NOW, this 16 day of June, 2010, it is hereby ORDERED that Plaintiff's Motion to Excuse Personal Attendance at Mediation be, and hereby is, GRANTED. Plaintiff Jonathan Clark's personal attendance from the mediation is excused and he is permitted participate via telephone.

_____, J.