849180

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN CLARK, | ) |
| | ) |
| Plaintiff | ) No. 2:10-CV-00294 |
| | ) |
| v. | ) |
| | ) Hon Gary L. Lancaster, Chief Judge |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Defendant/Third Party Plaintiff | ) **JURY TRIAL DEMANDED** |
| | ) |
| v. | ) |
| | ) |
| MELVIN E. CLARK, SR., | ) |
| | ) |
| Third Party Defendant | ) |

## ORDER OF COURT

AND NOW, this <u>30th</u> day of <u>August</u>, 2010, it is hereby ORDERED that Plaintiff's Motion to Amend Initial Scheduling Order is hereby GRANTED, and the Initial Scheduling Order entered on May 25, 2010 is amended as follows:

(a) Section A(3) is amended to provide that the parties shall complete all fact discovery by September 29, 2010; and

(b) Section A(4) is amended to provide that a Post-Discovery Status Conference is scheduled for <u>October 4</u>, 2010 at <u>4:30 PM</u>.

(c) NO FURTHER EXTENSION WILL BE GRANTED.

In all other respects the Initial Scheduling Order shall remain in full force and effect.

_____
Chief United States District Judge