IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JONATHAN CLARK,                      )
      Plaintiff,                     )
                                     )
            v.                       )
                                     )
ALLSTATE INSURANCE COMPANY,          ) Civil Action No. 10-294
      Defendant,                     )
                                     )
            v.                       )
                                     )
MELVIN E. CLARK, SR., ETC.,          )
      Third Party                    )
      Defendant.                     )

ORDER OF COURT

AND NOW, this 29th day of September, 2010, the court

has been advised that the instant case has been resolved and

the only remaining matter is the submission of a stipulation of

discontinuance for approval by the court. Therefore, there

being no further action needed by the court at this time, IT IS

HEREBY ORDERED that the Clerk of Court is directed to mark this

case closed.

Nothing contained in this order shall be considered a

dismissal or disposition of this matter and this court shall

retain jurisdiction. Should further proceedings in it become

necessary, or desirable, either party may initiate it in the

same manner as if this order had not been entered.

BY THE COURT:

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record