855819

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN CLARK, | ) |
| | ) |
| Plaintiff | ) No. 2:10-CV-00294 |
| | ) |
| v. | ) |
| | ) Hon Gary L. Lancaster, Chief Judge |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Defendant/Third Party Plaintiff | ) **JURY TRIAL DEMANDED** |
| | ) |
| v. | ) |
| | ) |
| MELVIN E. CLARK, SR., | ) |
| | ) |
| Third Party Defendant | ) |

## ORDER OF COURT

AND NOW, this 18th day of October, 2010, upon consideration of the parties' Stipulation for Dismissal with Prejudice, it is so ORDERED

_____
United States District Judge